# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Tyrone M. Coates

325-691

NBCI 14100 McMullen Hwy, SW

Cumberland Maryland 21502

(Full name, date of birth, identification #, address of petitioner)

**Plaintiff,**

v.

DPSCS, Off. Atty. Gen.

300 E. Joppa Rd., Ste. 1000 Towson, Md 21286,

& Wexford Health Sources Inc., et al.

CCS-Lawyers Inc. Serv. Co., 7 Saint Paul St., Ste. 1660

Baltimore, Maryland 21202

(Full name and address of respondent)

**Defendant(s).**

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 24 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

Case No.: PJM-18-3281
(Leave blank. To be filled in by Court.)

## COMPLAINT

I. Previous Lawsuits

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

  YES ☑   NO ☐

  B. If you answered YES, describe that case(s) in the spaces below.

  1. Parties to the other case(s):

     Plaintiff: Tyrone M. Coates

     Defendant(s): NBCI Warden Frank B. Bishop, Dr. Michael Summerfield

  2. Court (if a federal court name the district; if a state court name the city or county):

     Circuit Court for Allegany County

   3. Case No.: 07-C-17-045192
   4. Date filed: can't remember
   5. Name of judge that handled the case: Never made it to the Judge
   6. Disposition (won, dismissed, still pending, on appeal): Notice of Dismissal For Lack of Jurisdiction or Prosecution
   7. Date of Disposition: 09-10-18

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☑   NO ☐

      1. If you answered YES:

         a. What was the result? Dismissed on 2-26-16 ARP NBCF 2633-15 after deemed meritorious in part on 01-12-16.

         b. Did you appeal? _____

            YES ☑   NO ☐

      2. If you answered NO to either of the questions above, explain why: _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

12-18-15 Requested ARP due to needing Surgery on left eye that was being refused because of contact lens in it and Right eye was in constant pain. In 2010 Plaintiff was sent to John Hopkins Wil-Mer eye clinic in Baltimore Maryland. Physician diagnosed "Sever Keratoconus" and recommended "Corneal Transplant". Dr. Michael Summerfeild has seen Plaintiff 10-14-15 and has refused surgery, Moreover the DPSCS has not intervened.

IV. Relief
(State briefly what you want the Court to do for you.)

Plaintiff seeks surgery and applicable medical treatment and medications. He seeks Punitive Damages of $100,000.00 in the Official Capacity of defendants found responsible. He seeks Compensatory Damages of $25,000.00 id. He seeks up to $100.00 a day for each day of Negligence and Indifference of DPSCS staff, Shepherd Health Sources Inc Employees since October 2012 when pain & suffering started.

SIGNED THIS October day of 17, 2018

_____
Signature of Plaintiff: Tyrone Coates

_____
Printed Name: Tyrone Coates

_____
Address: 14100 McMullen Hwy, SW Cumberland MD 21502

_____
Telephone Number: 301-729-7400

_____
Email Address: www.dpscs.marylanda.gov