Tyrone Coates # 325691
North Branch Correctional
Institution
14100 mcmullen hwy, SW
Cumberland maryland
 21502



The Clerk of the court
101 W, Lombard Street
Baltimore Maryland 21201

Case 8:18-cv-03281-PJM   Document 1-1   Filed 10/24/18   Page 2 of 2



OUTGOING INMATE MAIL
OCT 22 2018